UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 25-57678-jrs |
| | * |
| Alexandria Nicole Turner | * CHAPTER 13 |
| AKA Alexandia Turner; AKA Alexandia N Turner | * |
| | * |
| Debtor. | * |
| | * |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Alexandria Nicole Turner, hereby certify under penalty of perjury that I have direct knowledge of the information below and it is true and correct to my best belief. Because I did not have sufficient income to require filing, I did not file a tax return in each of the following tax years:      2021 - 2024          .


Signed: s/_____          Date:  6/30/2025
           Alexandria Nicole Turner

## CERTIFICATE OF SERVICE

I certify that on this day I served the parties listed below with a true copy of the attached *Unsworn Declaration Under Penalty of Perjury* by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

United States Attorney
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303 - 3309

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

The Internal Revenue Service
Centralized Insolvency Operation
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
401 W Peachtree ST, NW
Stop 334-D
Atlanta, GA 30308

Alexandria Nicole Turner
1057 Trophy Club Ave
Dacula, GA 30019

Attorney General of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334

Georgia Department of Revenue
Compliance Division
ARCS-Bankruptcy Unit
1800 Century Boulevard, Suite 9100
Atlanta, Georgia 30345

I further certify that Nancy J Whaley, the Chapter 13 Trustee, was served via the CM/ECF electronic mail/noticing system.

Date: 7/24/2025
/s/
Jessica Douglas GA Bar No. 340570
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com